IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAKESH VERMA,

      Appellant,

v.

NEHA VERMA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2061

Opinion filed June 13, 2016.

An appeal from an order of the Circuit Court for Duval County.
James H. Daniel, Judge.

Rakesh Verma, pro se, Appellant.

Neha Verma, pro se, Appellee.

PER CURIAM.

      DISMISSED.

ROBERTS, C. J., WOLF and RAY, JJ., CONCUR.